UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN CARFLEY,

                Plaintiff,

-against-

MICHAEL J. GALGANO,

                Defendant.
------------------------------------------------------------x

FILED ELECTRONICALLY

08 Civ. 5250 (PAC)

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

    PLEASE TAKE NOTICE that plaintiff, JOHN CARFLEY, appears in the case captioned above by his counsel, SCOTT L. WISS, ESQ., of Kaston Aberle & Levine. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated: Mineola, New York
       June 19, 2008

KASTON ABERLE & LEVINE

By: _____
SCOTT L. WISS, ESQ.
wissfamily@optonline.net

259 Mineola Boulevard
Mineola, New York 11501
(516) 873-6400

*Attorneys for Plaintiff, John Carfley*

TO:    MICHAEL J. GALGANO, *Defendant*
          7907 Kilkeny Way
          Naples, Florida 34112